IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:00-CR-136-3

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| JONATHAN DONNELL JOHNSON (3) | ) | |
| | ) | |

THIS MATTER IS BEFORE THE COURT on the Motions to Alter Judgment [docs. 275 and 280] and the Motion to Grant Motion [doc. 290].

For the reasons stated in the government's response, the defendant's motions are DENIED.

IT IS SO ORDERED.

Signed: May 3, 2013

Graham C. Mullen
United States District Judge